# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-09-00529-CV

**In re N. M.**

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

M E M O R A N D U M   O P I N I O N

Relator N. M. has filed a petition for writ of mandamus, complaining of the trial court's temporary order related to child custody. *See* Tex. R. App. P. 52.8. Having reviewed the record, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   September 18, 2009